IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AMCO INSURANCE COMPANY**, an Iowa Corporation,<br><br>    Plaintiff/Counter-defendant,<br><br>v.<br><br>**LEDO'S, INC.**, an Illinois Corporation, **LEDO PIZZA SYSTEM, INC.**, a Maryland Corporation, and **LEDO PIZZA CARRYOUTS, INC.**, a Florida Corporation,<br><br>    Defendant/Counterclaimant. | Case No.: 1:21-cv-02972<br><br>Judge: Honorable Ronald A. Guzman<br><br>**JURY DEMAND** |

## LEDO'S MOTION FOR SUMMARY JUDGMENT

Defendant/Counterclaimant Ledo's, Inc. ("Ledo's"), by and through its undersigned counsel, hereby respectfully moves for summary judgment that Plaintiff/Counterdefendant AMCO Insurance Company ("AMCO") has a duty to defend it under Ledo's insurance policy with AMCO in connection with a lawsuit entitled *Ledo's Pizza System, Inc., et al. v. Ledo's Inc.*, Civ. Act. No. 20-cv-07350 (N.D. Ill.) (the "Underlying Suit"). Ledo's moves for summary judgment on Count I of its Counterclaim that AMCO has breached the insurance contract by failing to defend Ledo's. Ledo's is also, therefore, entitled to partial summary judgment on Counts I and II of AMCO's Complaint to the extent they seek declarations that AMCO had no duty to defend Ledo's.

This motion is made pursuant to Fed. R. Civ. P. 56, LR 56.1, and is based on the concurrently submitted Ledo's Statement Pursuant to Local Rule 56.1 of Material Facts as to Which There Is No Genuine Issue and Memorandum in Support of Ledo's Motion for Summary Judgement and on such other briefs and evidence as may be subsequently presented.

DATED: September 29, 2021	Respectfully submitted by,

/s/ Edward L. Bishop
Edward L. Bishop
ebishop@bishoppatents.com
James J. Jagoda
jjagoda@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 East Woodfield Road, Suite 800
Schaumburg, IL 60173
T: (847) 969-9123
F: (847) 969-9124

*Attorneys for Ledo's, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of **LEDO'S MOTION FOR SUMMARY JUDGEMENT** via the Court's CM/ECF system this September 29, 2021:

/s/ Edward L. Bishop
Edward L. Bishop