IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa corporation, | |
| Plaintiff/Counterclaim Defendant, | Case No.: 1:21-CV-02972 |
| | Hon. Ronald A. Guzman |
| v. | |
| LEDO'S, INC., an Illinois corporation, | |
| Defendant/Counterclaim Plaintiff, | |
| and | |
| LEDO PIZZA SYSTEM, INC., a Maryland corporation, and LEDO PIZZA CARRYOUTS, INC., a Florida corporation, | |
| Defendants. | |

**AMCO INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff/Counterclaim Defendant AMCO Insurance Company ("AMCO"), by and

through its undersigned counsel, hereby respectfully moves for summary judgment in its favor

on the grounds that AMCO had no duty to defend Defendant/Counterclaim Plaintiff Ledo's, Inc.

("Ledo's") in connection with a trademark infringement lawsuit titled *Ledo's Pizza System, Inc.,*

*et al. v. Ledo's Inc.*, Civ. Act. No. 20-cv-07350 (N.D. Ill.) (the "Underlying Suit") because the

relevant insurance policy excludes coverage for trademark infringement.  Accordingly, AMCO

moves for summary judgment on Counts I and II of its own complaint, which seeks a declaration

that AMCO had no duty to defend Ledo's in the Underlying Suit under the relevant policy, as

well as Count I of Ledo's counterclaims, which alleges that AMCO breached the policy by not

defending Ledo's in the Underlying Lawsuit. AMCO also moves for summary judgment on

Count II of Ledo's counterclaims, which allege violations of Section 155 of the Illinois Insurance

Code on the grounds that (1) coverage could not be delayed because it was not owed in the first

place, and (2) even if the Court resolves the coverage issue in Ledo's favor, any delay in

coverage was not vexatious or unreasonable because there was a bona fide dispute about the

scope and application of the coverage.

This motion is made pursuant to Fed. R. Civ. P. 56 and LR 56.1, and is based on the

concurrently submitted Memorandum of Law in Support of AMCO's Cross-Motion for

Summary Judgment, Statement of Material Facts pursuant to Local Rule 56.1(d), and on

whatever other briefs and evidence that have or may be subsequently presented.


Dated: October 20, 2021                AMCO INSURANCE COMPANY

                                       /s/ Sulema Medrano Novak
                                    Sulema Medrano Novak
                                    Faegre Drinker Biddle & Reath LLP
                                    191 N. Wacker Drive, Suite 3700
                                    Chicago, IL 60606
                                    (312) 569-1448
                                    Sulema.Novak@faegredrinker.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the foregoing to be

filed using the CM/ECF system on October 20, 2021, which will cause copies of the same to be

served on all counsel of record.

       /s/ Sulema Medrano Novak