# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

AMCO Insurance Company,

Plaintiff(s),

v.

Ledo's, Inc. et al,

Defendant(s).

Case No. 21-cv-02972
Judge Ronald A. Guzmán

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The joint request for entry of final judgment [43] is granted. Consistent with the Court's minute entry and memorandum opinion and order of February 4, 2022 [41], [42] , and in accordance with the remaining parties' request [43] , including Ledo Pizza System, Inc.'s and Ledo Pizza Carryouts, Inc.'s agreement to be bound by the Court's memorandum opinion and order, final judgment will be entered for Plaintiff and against all Defendants. All pending deadlines and dates are stricken. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date:  2/16/2022                                    Thomas G. Bruton, Clerk of Court

Kerwin Posley, Deputy Clerk